MIE 3
11/03

# Order of the Court to Dismiss Violation Petition/ Recall Warrant/Summons/ Request Further Action From the Court

UNITED STATES OF AMERICA

    v.

MOHAMAD FARAGE                          Crim. No.: 03-CR-80177-DT-04

On August 19, 2011, the Court authorized a petition and summons for a hearing to address the supervised release violation charge.

The probation department is recommending that the violation petition be withdrawn and that the summons be vacated and the term of supervised release continue to the original expiration date.

Reviewed and Approved:                        Respectfully Submitted:

s/Michelle D. Livingston                      s/Veronica L. Ross
Supervising U.S. Probation Officer            U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be withdrawn and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 4th Day of November, 2011 .

                               s/Robert H. Cleland
                               Robert H. Cleland
                               United States District Judge